UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUPIN LTD.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SALIX PHARMACEUTICALS, INC., and<br>BAUSCH HEALTH COMPANIES, INC.,<br><br>　　　　　Defendants. | Civil Action No.:　22-mc-253<br><br>ECF Case |

### ORDER GRANTING PLAINTIFF LUPIN LTD.'S MOTION FOR LEAVE TO FILE PORTIONS OF THE COMPLAINT AND THE ACCOMPANYING EXHIBITS UNDER SEAL

Upon Plaintiff's application for an Order permitting the filing of portions of the Complaint under seal and the Exhibits annexed thereto to be filed under seal, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to File Portions of the Complaint and the Accompanying Exhibits Under Seal is **GRANTED**, and it is

**FURTHER ORDERED,** that redacted portions of the public Complaint and the accompanying exhibits annexed thereto shall remain under seal unless and until the seal is lifted by Order of the Court.  This order is without prejudice to it being reconsidered by the District Court judge to whom the matter is assigned.

Dated:　　　September 7, 2022

　　　　　　New York, New York

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE